**Judge Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD GURR,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>NOLL/NORWESCO, LLC,<br><br>Garnishee. | Case No. 2:16-mc-00179-RSL<br><br>(2:08-cr-00411-1)<br><br>**Order Sustaining United States' Objection to Noll/NorWesCo's Answer to Writ of Garnishment and Requiring Noll/NorWesCo to File a Proper Answer and Withhold Property** |

This matter came before the Court on the United States' April 27, 2017, "Objection to Noll/NorWesCo's Answer to Writ of Garnishment and Petition for Order Requiring Noll/NorWesCo to File a Proper Answer and Withhold Property." The Court has considered the United States' Motion and any memorandum and evidence Garnishee Noll/NorWesCo, LLC (NorWesCo) has filed in opposition. For the reasons stated in the United States' Motion, the

**ORDER SUSTAINING UNITED STATES' OBJECTION TO
NOLL/NORWESCO'S ANSWER TO WRIT OF GARNISHMENT AND REQUIRING
NOLL/NORWESCO TO FILE A PROPER ANSWER AND WITHHOLD PROPERTY
(U.S. v. BERNARD GURR & NOLL/NORWESCO, LLC),
Nos. 2:16-cv-00179-RSL; 2:08-cr-00411-1 ) – 1**

**UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970**

Court finds that (1) NorWesCo's Answer [dkt. no. 6] to the Writ of Garnishment does not provide required information regarding the property of Defendant/Judgment Debtor Bernard Gurr (Mr. Gurr), and (2) NorWesCo has not withheld the required 25 percent of Mr. Gurr's disposable earnings since it was served with the Writ of Garnishment on December 10, 2016.

Accordingly, the Court orders as follows:

(1) Within 10 days of the entry of this Order, NorWesCo shall file a proper Answer to the Writ of Garnishment, using the "Form Answer" that was served upon NorWesCo along with the Writ of Garnishment, and reporting all property in its possession, custody, or control in which Mr. Gurr has a substantial nonexempt interest;

(2) NorWesCo shall immediately begin withholding 25 percent of Mr. Gurr's disposable earnings, pursuant to the Writ of Garnishment; and

(3) Within 30 days of the entry of this Order, NorWesCo shall remedy its failure to withhold 25 percent of Mr. Gurr's disposable earnings after being served with the Writ of Garnishment on December 10, 2016, as follows:

    (a) NorWesCo shall file an accounting with the Court showing for the period from December 10, 2016 through the present, the amounts of Mr. Gurr's gross and disposable earnings, the amounts it has withheld from Mr. Gurr's earnings pursuant to the Writ of Garnishment, and the amounts it has paid from its own funds to remedy its failure to withhold 25 percent of Mr. Gurr's disposable earnings; and

**ORDER SUSTAINING UNITED STATES' OBJECTION TO NOLL/NORWESCO'S ANSWER TO WRIT OF GARNISHMENT AND REQUIRING NOLL/NORWESCO TO FILE A PROPER ANSWER AND WITHHOLD PROPERTY (U.S. v. BERNARD GURR & NOLL/NORWESCO, LLC), Nos. 2:16-cv-00179-RSL; 2:08-cr-00411-1 ) – 2**

**UNITED STATES ATTORNEY**
**700 Stewart Street, Suite 5220**
**Seattle, Washington 98101-1271**
**(206) 553-7970**

(b) NorWesCo shall pay from its own funds, not by garnishing additional amounts from Mr. Gurr, the amount by which its withholdings pursuant to the Writ of Garnishment fall short of 25 percent of Mr. Gurr's disposable earnings. *See* 28 U.S.C. § 3205(c)(6). NorWesCo shall add such amounts to its withholdings pursuant to the Writ of Garnishment and shall hold these funds until the Court enters a Continuing Garnishee Order directing payment to the Court.

IT IS SO ORDERED.

Dated this 19th day of May, 2017.

*signature*
Hon. Robert S. Lasnik
U.S. District Court Judge

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA # 34609
Assistant United States Attorney

**ORDER SUSTAINING UNITED STATES' OBJECTION TO NOLL/NORWESCO'S ANSWER TO WRIT OF GARNISHMENT AND REQUIRING NOLL/NORWESCO TO FILE A PROPER ANSWER AND WITHHOLD PROPERTY** (U.S. v. BERNARD GURR & NOLL/NORWESCO, LLC), Nos. 2:16-cv-00179-RSL; 2:08-cr-00411-1 ) − 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970