**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>BERNARD GURR,<br><br>  Defendant/Judgment Debtor,<br> and<br><br>NOLL/NORWESCO, LLC,<br><br>   Garnishee. | NO. 2:16-MC-00179-RSL<br><br>(2:08-CR-00411-JLR-1)<br><br>**Continuing Garnishee Order** |

  A Writ of Continuing Garnishment, directed to Garnishee, Noll/NorWesCo, LLC, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Noll/NorWesCo, LLC (NorWesCo) filed its Form Answer on August 24, 2017, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Bernard Gurr (Mr. Gurr), was an active employee who was paid bi-weekly.

CONTINUING GARNISHEE ORDER (*USA v. Bernard Gurr & Noll/NorWesCo, LLC,* Nos. 2:08-CR-00411-JLR-1 / 2:16-MC-00179-RSL) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about December 7, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Noll/NorWesCo, LLC, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Bernard Gurr, upon each period of time when Defendant/Judgment Debtor Gurr is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Gurr's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee that the Garnishee has not already paid to the Court, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Gurr's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payments shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:08-CR-00411-JLR-1 and 2:16-MC-00179-RSL, and to deliver such payment either personally or by First Class Mail to:

**CONTINUING GARNISHEE ORDER** (*USA v. Bernard Gurr & Noll/NorWesCo, LLC*, Nos. 2:08-CR-00411-JLR-1 / 2:16-MC-00179-RSL) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 14th day of November, 2017.

*signature*
JUDGE ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Bernard Gurr & Noll/NorWesCo, LLC,* **Nos. 2:08-CR-00411-JLR-1 / 2:16-MC-00179-RSL) - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970